UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DERRICK BRYANT, | : | Case No. 1:13-cv-803 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| WARDEN, Chillicothe | : | |
| Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

### DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 14)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 15, 2014, submitted a Report and Recommendations. (Doc. 14). The Petitioner filed objections.[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendations (Doc. 14) is **ADOPTED**; and

---

[1] Petitioner's objections are overruled for the reasons articulated in the Report and Recommendations. (*See* Doc. 14).

2. Petitioner's motion for stay and abeyance (Doc. 3) is **DENIED**.

**IT IS SO ORDERED**.

Date:  9/15/2014                                      _/s/Timothy S. Black_____
                                                                  Timothy S. Black
                                                                  United States District Judge